UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                                    Case No. 2:13-cr-9-03
                                                     HON. PAUL L. MALONEY

DERRICK JOHN GUZEK,

           Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 16, 2016 for an initial appearance on the amended petition for warrant for offender under supervision. Elizabeth LaCosse, Federal Public Defender appeared on behalf of defendant and Maarten Vermaat appeared on behalf of the United States.

Defendant requested release from custody, the government opposed release. For reasons stated on the record, defendant's request is denied.

The defendant will remain in the custody of the U.S. Marshal Service pending further proceedings.

     IT IS SO ORDERED.

                                                          */s/ Timothy P. Greeley*
                                                          TIMOTHY P. GREELEY
                                                         UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2016