UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRICK JOHN GUZEK,

    Defendant.
_____/

Case No.: 2:13-cr-09-03

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 282). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that a sentencing hearing on the violations of supervision as contained in the Probation Petition (ECF No. 261) will be scheduled.

Dated: February 7, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge